IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

DAVID CALTON, on behalf of himself and all
others similarly situated

              Plaintiff,

Case No.: 10-cv-2117(LMM)(DCF)

**NOTICE OF MOTION**

v.

PRESSLER & PRESSLER, LLP,
PALISADES COLLECTION, LLC and
JP MORGAN CHASE & CO.

              Defendants.

-------------------------------------------------------------X

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Plaintiff, by his attorney will move on a date to be set by the Court or as soon thereafter as counsel may be heard, before the Honorable Lawrence M. McKenna, United States District Court Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, for Reconsideration of the Court's August 3, 2011 Memorandum and Order, pursuant to Fed. R. Civ. P. 59(e) and Local Rule 6.3 and for other such relief that the Court may deem necessary and proper.

Dated: August 18, 2011
       New York, New York

                            The Law Offices of Shimshon Wexler, PC

                            By:_____
                            Shimshon Wexler
                            2710 Broadway, 2nd Floor
                            New York, NY 10025
                            (212) 760-2400
                            (917) 512-6132 (fax)
                            swexleresq@gmail.com
                            *Attorney for plaintiff*